**IN THE UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

ENTERED
04/10/2018

| | | |
|---|---|---|
| IN RE: | § | |
| | § | |
| Sergio Marquez | § | |
| xxx-xx-3634 | § | CASE NO.  12-36635-H1-13 |
| Leslie Cummings Marquez | § | CHAPTER  13 |
| xxx-xx-0153 | § | |
| **DEBTORS** | § | |

**DEBTORS' MOTION FOR NEW TRIAL AND/OR TO RECONSIDER AND VACATE**
**ORDER CLOSING CASE WITHOUT DISCHARGE (Docket #95)**

**COMES NOW**, Debtors in the above-entitled and numbered cause, and files this their

*Motion for New Trial and/or Reconsideration Pursuant to Federal Rule of Bankruptcy*

DENIED.  The case was closed after the Debtor missed the 45-day deadline set forth in the
order issued at ECF No. 84.  It appears that there was no error by the Court or the Clerk,
and none is alleged.  The case has been closed.  The case must be reopened before the
requested relief can be considered.

Signed: April 10, 2018

Marvin Isgur
United States Bankruptcy Judge

5.   The Debtors respectfully request this Court to reconsider and vacate the Order Closing
     their case without a discharge.

     **WHEREFORE**, Debtor requests this Court to vacate the Order Closing Case without
Discharge and to grant them such other and further relief, at law or in equity, to which they may
be justly entitled.

Dated: March 20, 2018.

Respectfully submitted,

By:   /s/Miriam Goott

Miriam Goott
SBN #24048846

ATTORNEY FOR DEBTORS

OF COUNSEL:
Walker & Patterson, P.C.
P.O. Box 61301
Houston, TX 77208-1301
(713)956-5577 Phone
(713)956-5570 Fax

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that a true and correct copy of the foregoing *Motion for Entry of Discharge* was served on all parties entitled to notice, as evidenced by the list below, by first class, United States mail, postage prepaid or by electronic transmission, on March 20, 2018.

<u>/s/Miriam Goott</u>
Miriam Goott

| | | |
|---|---|---|
| Ability Recovery Services<br>PO Box 4031<br>Wyoming, PA 18644 | Adams Law Firm<br>3402 Torchlite Terrace Way Suite B<br>Katy, Texas 77494 | Allied Interstate<br>P.O. Box 1471<br>Minneapolis, MN 55440-1471 |
| American Express Centurion Bank<br>c/o Becket and Lee<br>POB 3001<br>Malvern, PA 19355 | Best Buy/HSBC<br>PO Box 49353<br>San Jose, CA 95161-9353 | Brimhurst Baldwin Square HOA<br>Roberts Markel Weinberg<br>2800 Post Oak Blvd 57th Floor<br>Houston, Texas 77056 |
| Bureaus Investmenrt<br>Stoneleigh Recovery Associates<br>PO Box 1479<br>Lombard, IL 60148-8479 | Capital Recovery Group<br>Dept 3203<br>POBox 123203<br>Dallas, TX 75312 | Chase<br>PO Box 15548<br>Wilmington, DE 19886 |
| Codilis & Stawiarski<br>Suite 450<br>650 N. Sam Houston Parkway East<br>Houston, TX   77060 | Credigy/Main St Acquisitions<br>First National Collection Bureau<br>610 Waltham Way<br>Sparks, NV 89434 | Credit Collection Service/Quest Diagnost<br>Two Wells Avenue<br>Newton, MA 02459 |
| Don Summers<br>Tax Assessor Collector<br>PO Box 4622<br>Houston, Texas 77210-4622 | Enterprise Bank<br>c/o Adams Law Firm<br>3402 Torchlite Terrace Way<br>Suite B<br>Katy, Texas 77494 | Equable Ascent Financial LLC<br>15851 North Dallas Parkway Suite 245<br>Addison, Texas 75001 |
| Financial Recovery Sertvices<br>PO Box 385908<br>Minneapolis, MN 55438-5908 | First Community Credit Union<br>P.O. Box 55265<br>Houston, TX   77255-5263 | First Financial Asset Mgmt<br>Capital One<br>PO Box 56245 |

Atlanta, GA 30343

First National Collection Bureau Inc
610 Waltham Way
Sparks, NY 89434

P.O. Box 5524
Sioux Falls, SD 57117-5524

First Premier FMA Alliance Ltd
12339 Cutten Road
Houston, Texas 77066

GE Productive Card
PO Box 410406
Salt Lake City, Utah 84141

Harris County
c/o Linebarger Goggan Blair
Pena & Sampson
PO box 3064
Houston, TX 77253

Harris County - secured portion
PO Box 3064
Houston, TX 77253

HSBC Mortgage Services
PO Box 49356
San Jose, CA 95161-9356

HSBC Mortgage Services
PO Box 49356
San Jose, CA 95161-9356

IC Systems Inc
444 Highway 96 East Box 64378
St. Paul, MN 55164-0378

Internal Revenue Service
District Counsel
8701 S. Gessner Dr. Ste 710
Houston, Texas   77074-2944

Internal Revenue Service
PO Box 7346
Philadelphia, PA 19101-7346

Internal Revenue Service
PO Box 7346
Philadelphia, PA 19101-7346

Johnson & Bryan
701 North Post Oak Road Suite 140
Houston, Texas 77024

Leading Edge Recovery Solutions
5440 N Cumberland Ave Ste 300
Chicago, IL 60656-1490

Mark Rogers
12000 Richmond Ave #370
Houston, Texas 77042

MCM
Dept 12421
PO Box 603
Oaks, PA 19456

MCM
8875 Aero Dr Suite 200
San Diego, CA 92123

Medical Center Emergency Physicians
PO Box 4590
Dept 06
Houston, Texas 77210

Melvin Thathiah
Rausch, Sturm, Israel, Enerson
& Hornik, LLC
15851 N Dallas Parkway Suite 245
Dallas, Texas 75001

Midland Credit Management
8875 Aero Drive
Suite 200
San Diego, CA 92123

Midland Funding LLC
PO Box 603
Oaks, PA 19456

Mohawk
GE Capital Bank
PO Box 960061
Orlando, Florida 32896-0061

NCO
507 Prudential Rd
Horsham, PA 19044

Portfolio Recovery Associates
P.O. Box 12914
Norfolk, VA 23541

Pottery Barn
PO Box 659705

Sears Gold Mastercard
PO Box 6282

Tara Grundemeier
PO BOX 3064

San Antonio, Texas 78265-9705    Sioux Falls, SD 57117-6282         Houston, TX 77253-3064

Texas Childrens Pediatric Associates                                Texas Childrens Pediatric Association

8080 N. Stadium Dr Ste 200       Texas Childrens Physician          PO Box 4984
Houston, Texas 77054             PO Box 841969                      Houston, Texas 77210
                                 Dallas, TX 75284-1969

Texas Title Loan                 Transworld Systems                 Verizon
11 Empire Central Place          9525 Sweet Valley Inc              PO Box 660108
Dallas, TX 75247                 Valley View, OH 44125              Dallas, TX 75266

Washington Mutual Card Services  West Houston Medical Center
P O Box 660487                   PO Box 99400
Dallas, Texas 75266-0487         Louisville, KY 40269

Sergio Marquez                   Leslie Cummings Marquez            David Peake
1414 Baldwin Square Drive        1414 Baldwin Square Drive          Suite 430
Houston, Texas 77077             Houston, Texas 77077               9660 Hillcroft
                                                                    Houston, TX   77096

United States Trustee
Suite 3516
515 Rusk
Houston, TX   77002